| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| William A. Richards #013381, Bar #013155<br>BASKIN RICHARDS PLC<br>2901 N Central Avenue<br>Suite 1150<br>PHOENIX, AZ 85012<br>Telephone No: 480-968-1225 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>HARTER.CARONDELET (NCD) |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

Plaintiff: CAROL HARTER
Defendant: CARONDELET HEALTH NETWORK, ETC., ET AL

| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:15-CV-00343-TUC-RM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; APPLICATION TO PRACTICE PRO HAC VICE PURSUANT TO LRCIV 83.1(b)(2); APPLICATION FOR ATTORNEY FOR ADMISSION TO PRACTICE PRO HAC VICE PURSUANT TO LRCIV 83.1(b)(2); NOTICE OF ELECTRONIC FILING FOR ORDER PURSUANT TO GENERAL ORDER 09-08 GRANTING [5] MOTION FOR ADMISSION PRO HAC VICE

3. a. Party served: CARONDELET HEALTH NETWORK
   b. Person served: RACHELLE ARELLANO, RISK & QUALITY MANAGEMENT, AUTHORIZED, Caucasian, Female, 48 Years Old, Brown Hair, Hazel Eyes, 5 Feet 5 Inches, 135 Pounds

4. Address where the party was served: 2202 NORTH FORBES BOULEVARD
   TUCSON, AZ 85745

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 25, 2015 (2) at: 11:35AM

7. Person Who Served Papers:
   a. John P Hogan
   b. First Legal Network - Tucson
   Registered in Pima County
   10 E. Broadway Suite 105
   TUCSON, AZ 85701
   c. (520)798-2200

   Fee for Service: $83.16
   I Declare under penalty of perjury under the laws of the State of ARIZONA that the foregoing is true and correct.

   11-30-2015 (Date)    John P. Hogan (Signature)

8. STATE OF ARIZONA, COUNTY OF Pima
   Subscribed and sworn to (or affirmed) before me on this 30 day of Nov, 2015 by John P Hogan
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   OFFICIAL SEAL
   KALINDI JARIWALA
   NOTARY PUBLIC - ARIZONA
   PIMA COUNTY
   My Comm. Exp. Mar. 1, 2019

   AFFIDAVIT OF SERVICE SUMMONS    (Notary Signature) 509757 .alabas.753010